USDC IN/ND case 2:25-cv-00566   document 1-1   filed 12/19/25   page 1 of 30

record.

## William E Loving v. Mohamed H Adan, GNS Truck Services LLC

| | |
|---|---|
| Case Number | 45D01-2510-CT-001234 |
| Court | Lake Superior Court, Civil Division 1 |
| Type | CT - Civil Tort |
| Filed | 10/16/2025 |
| Status | 10/16/2025 , Pending  (active) |

## Parties to the Case

Defendant  Adan, Mohamed H

<u>Attorney</u>
William Andrew Kirtley
*#3502749, Retained*

Amundsen Davis LLC
201 North Illinois St
Suite 1400
Indianapolis, IN 46204
317-464-4100(W)

Defendant  GNS Truck Services LLC

<u>Attorney</u>
William Andrew Kirtley
*#3502749, Retained*

Amundsen Davis LLC
201 North Illinois St
Suite 1400
Indianapolis, IN 46204
317-464-4100(W)

Plaintiff    Loving, William E

<u>Attorney</u>
Katherine S Sarkisian
*#3213764, Retained*

Sarkisian, Sarkisian, & Associates, PC
3645 Willowcreek Road
Portage, IN 46368
219-762-7718(W)

## Chronological Case Summary

| 10/16/2025 | **Case Opened as a New Filing** | |
|---|---|---|

| 10/16/2025 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint For Damages | |
| | Filed By: | Loving, William E |
| | File Stamp: | 10/16/2025 |

| 10/16/2025 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant Mohamed H Adan | |
| | Filed By: | Loving, William E |
| | File Stamp: | 10/16/2025 |

| 10/16/2025 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant GNC Truck Services LLC | |
| | Filed By: | Loving, William E |
| | File Stamp: | 10/16/2025 |

| 10/16/2025 | **Appearance Filed** | |
|---|---|---|
| | Appearance for KSS | |
| | For Party: | Loving, William E |
| | File Stamp: | 10/16/2025 |

| 10/16/2025 | **Certificate of Issuance of Summons** |  |
|---|---|---|
|  | Certificate of Issuance of Summons Mohamed H Adan |  |
|  | Filed By: | Loving, William E |
|  | File Stamp: | 10/16/2025 |

| 10/16/2025 | **Certificate of Issuance of Summons** |  |
|---|---|---|
|  | Certificate of Issuance of Summons GNC Truck Services LLC |  |
|  | Filed By: | Loving, William E |
|  | File Stamp: | 10/16/2025 |

| 11/26/2025 | **Service Returned Served (E-Filing)** |  |
|---|---|---|
|  | Return of Service |  |
|  | Filed By: | Loving, William E |
|  | File Stamp: | 11/26/2025 |

| 12/15/2025 | **Appearance Filed** |  |
|---|---|---|
|  | E-Filing Appearance by Attorney in Civil Case - Andrew Kirtley |  |
|  | For Party: | Adan, Mohamed H |
|  | For Party: | GNS Truck Services LLC |
|  | File Stamp: | 12/15/2025 |

| 12/15/2025 | **Motion for Enlargement of Time Filed** |  |
|---|---|---|
|  | Defendants' Unopposed Motion of Initial Extension of Time to Respond to Plaintiff's Complaint |  |
|  | Filed By: | Adan, Mohamed H |
|  | Filed By: | GNS Truck Services LLC |
|  | File Stamp: | 12/15/2025 |

| 12/15/2025 | **Order Granting** |  |
|---|---|---|
|  | Extension of Time |  |
|  | Judicial Officer: | Sedia, John M |
|  | Order Signed: | 12/15/2025 |

| 12/15/2025 | **Order Issued** |  |
|---|---|---|
|  | Initial Case Management Order |  |
|  | Judicial Officer: | Sedia, John M |
|  | Order Signed: | 12/15/2025 |

| 12/16/2025 | **Automated ENotice Issued to Parties** |
|---|---|
|  | Order Granting ---- 12/15/2025 : William Andrew Kirtley;Katherine S Sarkisian Order Issued ---- 12/15/2025 : William Andrew Kirtley;Katherine S Sarkisian |

| 12/17/2025 | **Hearing Scheduling Activity** |
|---|---|
|  | Status Conference scheduled for 06/04/2026 at 11:00 AM. |

| 06/04/2026 | **Status Conference** |
|---|---|
|  | Session: |
|  | 06/04/2026 11:00 AM, Judicial Officer: Sedia, John M |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Loving, William E**

Plaintiff

Balance Due (as of 12/17/2025)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/16/2025 | Transaction Assessment | 232.00 |
| 10/16/2025 | Electronic Payment | (232.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA        ) IN THE LAKE SUPERIOR/CIRCUIT COURT
       ) SS:
COUNTY OF LAKE        ) CONTINUOUS TERM, 2025
       )
WILLIAM E. LOVING,        )
    Plaintiff,        )
       )
  -vs-        ) CAUSE NO.:
       )
MOHAMED H. ADAN and        )
GNC TRUCK SERVICES LLC,        )
    Defendants.        )

## PLAINTIFF'S COMPLAINT FOR DAMAGES

### FACTS COMMON TO ALL COUNTS

Comes now Plaintiff, WILLIAM E. LOVING, by and through counsel KATHERINE S. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C. and for his cause of action against the Defendants, MOHAMED H. ADAN and GNC TRUCK SERVICES LLC, alleges and states as follows:

1. That the incident herein complained of occurred within the boundaries of the City of Lake Station, County of Lake, and State of Indiana.

2. That at all times relevant herein, Plaintiff, WILLIAM E. LOVING, was an individual who is a legal resident of Lake County, Indiana.

3. That upon information and belief, Defendant, MOHAMED H. ADAN, was an individual and resident of the State of Ohio.

4. That upon information and belief, Defendant, GNC TRUCK SERVCES LLC, was a for-profit business entity engaged in the business of interstate trucking and freight, with its principal place of business located in Groveport, Ohio.

5. That on or about January 19, 2024, at approximately 3:50 a.m., Plaintiff, WILLIAM E. LOVING, was operating a motor vehicle traveling northbound on I65 near mile marker

1

259.

6. That on said date and time, Defendant, MOHAMED H. ADAN, was operating a semi-trailer truck traveling northbound on I65 near mile marker 259.

7. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, owned the semi-trailer truck being operated by MOHAMED H. ADAN.

8. That on said date and time, Defendant, MOHAMED H. ADAN, was an agent/or employee of GNC TRUCK SERVICES LLC.

9. That on said date and time, Defendant, MOHAMED H. ADAN, lost control of his semi-trailer truck causing a violent collision with the Plaintiff, WILLIAM E. LOVING.

10. That on said date and time, the semi-trailer truck being operated by the Defendant, WILLIAM E. LOVING, displayed USDOT No. 02441710.

11. That on said date and time, Defendant, MOHAMED H. ADAN, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

12. That on said date and time, Defendant, MOHAMED H. ADAN, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations.

13. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, owned the semi-trailer truck displaying US DOT No. 02441710.

14. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

15. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by

2

reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations.

16. That the Defendant, MOHAMED H. ADAN, owed the general public, including the Plaintiff, a duty to use reasonable care in the operation of the semi-trailer truck on the roadway, and said duty was breached.

17. That the Defendant, GNC TRUCK SERVICES LLC, owed the general public, including the Plaintiff, a duty to use reasonable care in the operation of the semi-trailer truck on the roadway, and said duty was breached.

18. As a direct and proximate result of the actions of the Defendants, MOHAMED H. ADAN and GNC TRUCKING SERVICE LLC, Plaintiff, WILLIAM E. LOVING, sustained personal, physical, and psychological injuries; incurred or may incur in the future; hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, potential permanent impairment; including lost wages; and potential impairment of the ability to earn wages in the future; lost time; and he incurred other injuries and damages of a personal and pecuniary nature; some or all of which are permanent in nature.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

3

### COUNT I – NEGLIGENCE

Comes now the Plaintiff, WILLIAM E. LOVING, by and through counsel KATHERINE S. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C. and for his cause of action against the Defendant, MOHAMED H. ADAN, alleges and states as follows:

19. Plaintiff, WILLIAM E. LOVING, re-alleges paragraphs 1-18 of Plaintiff's Complaint for Damages and incorporates them herein.

20. That the Defendant, MOHAMED H. ADAN, was careless, reckless, and negligent in the operation of his semi-trailer truck in one or more of the following ways:

    a.  Failing to operate his semi-trailer truck in a safe and reasonable manner;

    b.  Failing to take evasive maneuvers in order to avoid a collision;

    c.  Operated his semi-trailer truck aggressively and without regard for the health and safety of others upon the roadways;

    d.  Failing to maintain proper speed given the immediate circumstances;

    e.  Making unsafe lane movements; and

    f.  Failing to maintain proper control of his semi-trailer truck resulting in bodily injury.

21. That the direct and proximate cause of the injuries and damages incurred by the Plaintiff, was the carelessness and negligence of the Defendant, WILLIAM E. LOVING.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3646 Willowcreek Road

4

Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

## COUNT II – RESPONDEAT SUPERIOR

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count II of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

22. Plaintiff, WILLIAM E. LOVING, re-alleges paragraphs 1-21 of Plaintiff's Complaint for Damages and incorporates them herein.

23. That at all times relevant herein, Defendant, MOHAMED H. ADAN, who negligently, recklessly, and/or carelessly operated the semi-trailer truck, was an employee and/or agent of GNC TRUCK SERVICES LLC.

24. That at all times relevant, the Defendant, MOHAMED A. ADAN, acted within the course and scope of his employment and/or agency with GNC TRUCK SERVICES LLC.

25. That at all times relevant herein, the Defendant, GNC TRUCK SERVICES LLC, was the registered owner/operator, lessors, lessees, or otherwise of the motor vehicle being operated by the Defendant, MOHAMED H. ADAN, who was its employee and/or agent under its direct control and supervision.

26. That GNC TRUCK SERVICES LLC is vicariously liable for the negligence, recklessness, and/or carelessness of its employee and/or agent MOHAMED H. ADAN.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

5

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

## COUNT III - NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count III of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

27. Plaintiff re-alleges paragraphs 1-26 of Plaintiff's Complaint for Damages and incorporates them herein.

28. That GNC TRUCK SERVICES LLC owed the general public, including the Plaintiff, a duty to determine the qualifications of its employees and agents including, but not limited to:

   a. Adequately evaluating applicants before hiring them as drivers;

   b. Adequately training and supervising these drivers; and

   c. Adequately evaluating these employees' job performance to discharge any incompetent or negligent employee before he injured the public or property.

29. That the Defendants had a reckless disregard of the probability of injury to the Plaintiff and that was known to the Defendant at the time; or the Defendants failed to act and had knowledge of the probability of injury and had the opportunity to avoid that risk.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

### COUNT IV. NEGLIGENT ENTRUSTMENT

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count IV of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

30. That the Plaintiff, WILLIAM E. LOVING, re-alleges the allegations contained in Paragraphs 1 through 29 above, and incorporates them herein.

31. That on the date in question, the Defendant, GNC TRUCK SERVICES LLC, entrusted its motor vehicle to the Defendant, MOHAMED H. ADAN.

32. That the Defendant, GNC TRUCK SERVICES LLC, knew or should have known at the time of its entrustment that MOHAMED H. ADAN was unfit to safely operate the motor vehicle and/or had dangerous propensities to operate the motor vehicle in an unsafe and unreasonable manner.

33. That the Defendant, GNC TRUCK SERVICES LLC, owed a duty to the Plaintiff, and said

7

duty was breached as a result of its negligent entrustment of its motor vehicle to MOHAMED H. ADAN.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

## MOTION FOR TRIAL BY JURY

Plaintiff, through counsel, requests a trial by jury on all counts.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3646 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

| | |
|---|---|
| **STATE OF INDIANA** | **) IN THE LAKE SUPERIOR/CIRCUIT COURT** |
| | **) SS:** |
| **COUNTY OF LAKE** | **) CONTINUOUS TERM, 2025** |
| | **)** |
| **WILLIAM E. LOVING,** | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **-vs-** | **) CAUSE NO.:** |
| | **)** |
| **MOHAMED H. ADAN and** | **)** |
| **GNC TRUCK SERVICES LLC,** | **)** |
| **Defendants.** | **)** |

## SUMMONS

**THE STATE OF INDIANA TO DEFENDANT:**       **MOHAMED H. ADAN**
**765 Wedgewood Dr. Apt. 5**
**Columbus, Ohio 43228**

You have been sued by the person(s) identified as "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for you answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: **CERTIFIED MAIL BY COUNSEL**

By: Katherine S. Sarkisian (#32137-64)          Dated: _____   10/16/2025
SARKISIAN, SARKISIAN & ASSOCIATES, P.C.
Attorney for Plaintiff                                   **CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT**
3645 Willowcreek Road
Portage, Indiana 46368                                 By: _____
Telephone (219) 762-7718                                        Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20____, I mailed a copy of this summons and a copy of this SUMMONS to the Defendant,_____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

## CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT

Date_____    By: _____
Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT were returned not accepted on the _____ day of _____, 20____.

## CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT

Date_____    By: _____
Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:

(1) By delivering on _____ a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
(2) By leaving on _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other material filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information tot he person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
(3) This SUMMONS came to hand this date _____. The within named _____ was not found in my bailiwick this date,_____.
ALL DONE IN LAKE COUNTY, INDIANA.

## SHERIFF OF LAKE COUNTY, INDIANA

BY: _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____in _____, Indiana on this date _____.

_____<br>Signature of Defendant

45D01-2510-CT-001234

Filed: 10/16/2025 12:26 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:25-cv-00466   document 1   filed 12/19/25   page 13 of 30

Lake Superior Court, Civil Division

| | |
|---|---|
| **STATE OF INDIANA** | **) IN THE LAKE SUPERIOR/CIRCUIT COURT** |
| | **) SS:** |
| **COUNTY OF LAKE** | **) CONTINUOUS TERM, 2025** |
| | **)** |
| **WILLIAM E. LOVING,** | **)** |
| Plaintiff, | **)** |
| | **)** |
| -vs- | **) CAUSE NO.:** |
| | **)** |
| **MOHAMED H. ADAN and** | **)** |
| **GNC TRUCK SERVICES LLC,** | **)** |
| Defendants. | **)** |

## SUMMONS

**THE STATE OF INDIANA TO DEFENDANT:**      **GNC TRUCK SERVICES LLC**
**C/o Registered Agent, Guillermo Cruz**
**6105 Alum Creek Dr.**
**Groveport, Ohio 43125**

You have been sued by the person(s) identified as "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for you answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: **CERTIFIED MAIL BY COUNSEL**

By: Katherine S. Sarkisian (#32137-64)          Dated: 10/16/2025
SARKISIAN, SARKISIAN & ASSOCIATES, P.C. _____
Attorney for Plaintiff                                    **CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT**
3645 Willowcreek Road
Portage, Indiana 46368                           By: _____
Telephone (219) 762-7718                                  Deputy Clerk

_LAKE COUNTY COURTS_ _SEAL_ _INDIANA_

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20____, I mailed a copy of this summons and a copy of this SUMMONS to the Defendant, _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

## CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT

Date_____    By: _____
                                                                Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT were returned not accepted on the _____ day of _____, 20____.

## CLERK OF THE LAKE SUPERIOR/CIRCUIT COURT

Date_____    By: _____
                                                                Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:

(1) By delivering on _____ a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
(2) By leaving on _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other material filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information tot he person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
(3) This SUMMONS came to hand this date _____. The within named _____ was not found in my bailiwick this date,_____.
ALL DONE IN LAKE COUNTY, INDIANA.

## SHERIFF OF LAKE COUNTY, INDIANA

BY: _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____, Indiana on this date _____.

_____
Signature of Defendant

45D01-2510-CT-001234
Filed: 10/16/2025 12:26 PM
Clerk
Lake Superior Court, Civil Division
Lake County, Indiana

USDC IN/ND case 2:25-cv-00566   document 1-1   filed 12/19/25   page 15 of 30

**STATE OF INDIANA** ) IN THE LAKE SUPERIOR/CIRCUIT COURT
) SS:
**COUNTY OF LAKE** ) CONTINUOUS TERM, 2025
)
**WILLIAM E. LOVING,** )
    **Plaintiff,** )
)
    **-vs-** ) CAUSE NO.:
)
**MOHAMED H. ADAN and** )
**GNC TRUCK SERVICES LLC,** )
    **Defendants.** )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**PARTY CLASSIFICATION:** Initiating  _X_  Responding ___ Intervening _

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### WILLIAM E. LOVING

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> Katherine S. Sarkisian (#32137-64)
> SARKISIAN SARKISIAN & ASSOCIATES
> 3645 Willowcreek Road
> Portage, Indiana 46368
> Telephone: (219) 762-7718
> Fax: (219) 763-4650
> Katie@sarklawfirm.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a __CT__ case type as defined in administrative Rule 8(B)(3).

4. This case involves support issues. Yes __ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes __ No _X_

6. This case involves a petition for involuntary commitment. Yes __ No _X_

7. There are related cases: Yes __ No _X_ (If yes, list on continuation page.)

8. There are other party members: Yes __ No _X_ (If yes, list on continuation page.)

9. Additional information required by local rule:

   _____

10. This form has been served on all other parties. Certificate of Service is attached:

    Yes _X_ No ___

Respectfully submitted:

_/s/    Katherine S. Sarkisian_____
Katherine S. Sarkisian (#32137-64)

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2025, the foregoing was served upon all parties and/or counsel of record, by the operation of the Court's electronic filing & serve system.

/s/ Katherine S. Sarkisian_____

| | |
|---|---|
| **STATE OF INDIANA** | **) IN THE LAKE SUPERIOR COURT** |
| | **) SS:** |
| **COUNTY OF LAKE** | **) CONTINUOUS TERM, 2025** |
| | **)** |
| **WILLIAM E. LOVING,** | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **-vs-** | **) CAUSE NO.: 45D01-2510-CT-001234** |
| | **)** |
| **MOHAMED H. ADAN and** | **)** |
| **GNC TRUCK SERVICES LLC,** | **)** |
| **Defendants.** | **)** |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Plaintiff's Complaint for Damages file-stamped on October 16, 2025, on the following person/entity at the following address as indicated:

**MOHAMED H. ADAN**
**765 Wedgewood Dr. Apt. 5**
**Columbus, Ohio 43228**

Service was attempted by:

Certified Mail (return card addressed to Counsel):

Date Mailed:          **October 16, 2025**

Tracking #:          **9589 0710 5270 1742 3505 59**

Place of Mailing:     **USPS, 3645 Willowcreek Road, Portage, IN 46368**

Respectfully submitted,

KATHERINE S. SARKISIAN (No. 32137-64)
SARKISIAN, SARKISIAN & ASSOCIATES P.C.
3645 Willowcreek Road
Portage, IN   46368
p. (219)762-7718 / f. (219) 763-4650
Katie@SarkLawFirm.com

| | |
|---|---|
| **STATE OF INDIANA** | **) IN THE LAKE SUPERIOR COURT** |
| | **) SS:** |
| **COUNTY OF LAKE** | **) CONTINUOUS TERM, 2025** |
| | **)** |
| **WILLIAM E. LOVING,** | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **-vs-** | **) CAUSE NO.: 45D01-2510-CT-001234** |
| | **)** |
| **MOHAMED H. ADAN and** | **)** |
| **GNC TRUCK SERVICES LLC,** | **)** |
| **Defendants.** | **)** |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Plaintiff's Complaint for Damages file-stamped on October 16, 2025, on the following person/entity at the following address as indicated:

**GNC TRUCKING SERVICES LLC**
**C/o Registered Agent, Guillermo Cruz**
**6105 Alum Creek Dr.**
**Groveport, Ohio 43125**

Service was attempted by:

Certified Mail (return card addressed to Counsel):

Date Mailed:          **October 16, 2025**

Tracking #:          **9589 0710 5270 1742 3519 07**

Place of Mailing:     **USPS, 3645 Willowcreek Road, Portage, IN 46368**

Respectfully submitted,

_____
KATHERINE S. SARKISIAN (No. 32137-64)
SARKISIAN, SARKISIAN & ASSOCIATES P.C.
3645 Willowcreek Road
Portage, IN   46368
p. (2l9)762-77l8 / f. (219) 763-4650
Katie@SarkLawFirm.com

| | |
|---|---|
| **STATE OF INDIANA** | **) IN THE LAKE SUPERIOR COURT** |
| | **) SS:** |
| **COUNTY OF LAKE** | **) CONTINUOUS TERM, 2025** |
| | **)** |
| **WILLIAM E. LOVING,** | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **-vs-** | **) CAUSE NO.: 45D01-2510-CT-001234** |
| | **)** |
| **MOHAMED H. ADAN and** | **)** |
| **GNC TRUCK SERVICES LLC,** | **)** |
| **Defendants.** | **)** |

<u>**NOTICE FOR RETURN OF SERVICE**</u>

Comes now, KATHERINE S. SARKISIAN of SARKISIAN, SARKISIAN &

ASSOCIATES and on behalf of the Plaintiff provides Notice for Return of Service of Plaintiff's

Complaint for Damages file-stamped on October 16, 2025, to the following Defendant:

    1.  Mohamed H. Adan, See attached Exhibit A

Respectfully submitted,

_____
KATHERINE S. SARKISIAN (No. 32137-64)
SARKISIAN, SARKISIAN & ASSOCIATES P.C.
3645 Willowcreek Road
Portage, IN   46368
p. (219)762-7718 / f. (219) 763-4650
Katie@SarkLawFirm.com

USPS TRACKING #

9590 9402 9469 5069 2279 79

**United States
Postal Service**

COLUMBUS OH 430

26 NOV 2025 PM 1 L

Filed: 11/26/2025 9:49 AM
First-Class Mail    **Clerk**
Postage & Fees Paid    Lake County, Indiana
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



SARKISIAN SARKISIAN
& ASSOCIATES P.C.

Attorneys at Law

3645 Willowcreek Road • Portage, Indiana 46368

RECEIVED

NOV 2 4 2025

W. Loving / NP

**SENDER: *COMPLETE THIS SECTION***

- Complete items **1**, **2**, and **3**.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

**MOHAMED H. ADAN**
**765 Wedgewood Dr. Apt. 5**
**Columbus, Ohio 43228**



9590 9402 9469 5069 2279 79

**2. Article Number** *(Transfer from service label)*

1589 0710 5270 1742 3505 59

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**

X _____
☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)*                  **C. Date of Delivery**
11/21

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:            ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ sured Mail
  ☐ sured Mail Restricted Delivery
  ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811,** July 2020 PSN 7530-02-000-9053                  Domestic Return Receipt

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic return receipt. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

*Complaint and Summons*

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)       $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required        $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

## MOHAMED H. ADAN
## 765 Wedgewood Dr. Apt. 5
## Columbus, Ohio 43228

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. 45D01-2510-CT-001234 |

WILLIAM E. LOVING,       )
                              )
     Plaintiff,           )
                              )
     v.                      )
                              )
MOHAMED H. ADAN and    )
GNC TRUCK SERVICES LLC,  )
                              )
     Defendants.        )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

1. The party on whose behalf this form is being filed is:

   Initiating \_\_\_\_        Responding  <u>X</u>       Intervening \_\_\_\_ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  <u>Mohamed H. Adan and GNC Truck Services LLC</u>

   Address of Party: <u>c/o Andrew Kirtley, Amundsen Davis LLC, 201 N. Illinois St., Ste. 1400, Indianapolis, IN  46204</u>

   Telephone # of party:  <u>c/o Andrew Kirtley, 317-464-4100</u>

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   > W. Andrew Kirtley (35027-49)
   > Amundsen Davis LLC
   > 201 N. Illinois Street, Suite 1400
   > Indianapolis, IN 46204
   > Telephone:  (317) 464-4100
   > Facsimile:   (463) 422-6953
   > akirtley@amundsendavislaw.com

**IMPORTANT**: Each attorney specified on this appearance:

    (a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No **_X_** *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No **_X_**

6. This case involves a petition for involuntary commitment.  Yes _____ No **_X_**

7. There are related cases: Yes _____ No **_X_** *(If yes, list on continuation page.)*

8. Additional information required by local rule:

_____**N/A**_____

9. There are other party members: Yes **_X_** No __ *(If yes, list on continuation page.)*

10. Will accept service by FAX or EMAIL:  Yes _____  No _X_

11. This form has been served on all other parties and Certificate of Service is attached:

Yes **_X_** No____

Respectfully submitted,

*/s/ Andrew Kirtley*_____
Andrew Kirtley (35027-49)
Amundsen Davis LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 464-4100
Facsimile: (463) 422-6953
Email: akirtley@amundsendavislaw.com

*Attorneys for Defendants Mohamed h. Adan and GNC Truck Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 15, 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and the following received service via the IEFS:

Katherine S. Sarkisian
SARKISIAN SARKISIAN & ASSOC., P.C.
katie@SarkLawFirm.com

*/s/ Andrew Kirtley*
Andrew Kirtley

Amundsen Davis LLC
201 N. Illinois Street, Suite 1400
Indianapolis, Indiana 46204
Office: (317) 464.4100
Fax: (463) 422-6953

STATE OF INDIANA     )      IN THE LAKE SUPERIOR COURT
                          ) SS:
COUNTY OF LAKE     )      CAUSE NO. 45D01-2510-CT-001234

WILLIAM E. LOVING,     )
                          )
     Plaintiff,     )
                          )
     v.     )
                          )
MOHAMED H. ADAN and     )
GNC TRUCK SERVICES LLC,     )
                          )
     Defendants.     )

### DEFENDANTS' UNOPPOSED MOTION OF INITIAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Mohamed H. Adan and GNC Truck Services LLC, by counsel, under Ind. Trial Rule 6(B), move the Court for an initial extension of time to respond to Plaintiff's Complaint. In support, Defendants state:

1.     On October 16, 2025, Plaintiff filed a Complaint.

2.     Defendant GNC Truck Services, LLC was served on or around October 27, 2025. Defendant Mohamed H. Adan was served on or around November 21, 2025.

3.     Plaintiff does not object.

4.     With this requested extension the deadline for Defendants to respond to Plaintiff's Complaint is now **January 14, 2026**.

WHEREFORE Defendants Mohamed H. Adan and GNC Truck Services LLC move the Court to extend the time to respond to the Complaint until **<u>January 14, 2026</u>**.

Respectfully submitted,

*/ s/ Andrew Kirtley*
Andrew Kirtley (35027-49)
Amundsen Davis LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 464-4100
Facsimile: (463) 422-6953
Email: akirtley@amundsendavislaw.com

*Attorneys for Defendants Muhamed H. Adan and GNC Truck Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS) and the following received service via the IEFS:

Katherine S. Sarkisian
SARKISIAN SARKISIAN & ASSOC., P.C.
katie@SarkLawFirm.com

*/s/ Andrew Kirtley*
Andrew Kirtley

Amundsen Davis LLC
201 N. Illinois Street, Suite 1400
Indianapolis, Indiana 46204
Office: (317) 464.4100
Fax: (463) 422-6953

2

STATE OF INDIANA     )          IN THE LAKE SUPERIOR COURT
                         ) SS:
COUNTY OF LAKE       )          CAUSE NO. 45D01-2510-CT-001234

WILLIAM E. LOVING,      )
                         )
      Plaintiff,          )
                         )
      v.                  )
                         )
MOHAMED H. ADAN and    )
GNC TRUCK SERVICES LLC,  )
                         )
      Defendants.        )

## Filed in Open Court
## December 15, 2025
CLERK LAKE SUPERIOR COURT

AA

**<u>ORDER</u>**

Defendants Mohamed H. Adan and GNC Truck Services LLC filed a motion for extension of time and the Court has reviewed it and GRANTS the motion.

All Defendants shall respond to the Complaint on or before January 14, 2026.

SO ORDERED _____**December 15, 2025**_____.

_____

Judge, Lake Superior Court 1

Distribution:

All Counsel of Record (via IEFS)

STATE OF INDIANA                    IN THE LAKE SUPERIOR COURT
                                    CIVIL DIVISION ROOM ONE
COUNTY OF LAKE                      HAMMOND, INDIANA

WILLIAM E. LOVING,
            Plaintiff,              Cause No.    45D01-2510-CT-1234
v.

MOHAMED H. ADAN and                   Filed in Open Court
GNC TRUCK SERVICE, LLC,               December 15, 2025
            Defendants.
                                    CLERK LAKE SUPERIOR COURT

                                                          AA

## INITIAL CASE MANAGEMENT ORDER

The Court now Orders as follows:

1.    All discovery shall be completed on or before July 10, 2026.

2.    All dispositive motions shall be filed on or before September 11,
      2026.

3.    This matter is ordered set for Status Hearing on **June 4, 2026 at 11:00
      a.m.   You may appear telephonically at this hearing.   Contact
      CourtCall at (888) 882-6878 prior to the hearing for details.**

4.    The parties may stipulate to submit this matter to mediation at any
      time.

Dated December 15, 2025
                              _____
                              JOHN M. SEDIA, Judge
                              LAKE SUPERIOR COURT
                              CIVIL DIVISION ROOM ONE

**Distribution:** Attorneys Kathrine Sarkisian, Andrew Kirtley