**45D01-2510-CT-001234**

Lake Superior Court, Civil Division 1

Filed: 10/16/2025 12:26 PM
Clerk
Lake County, Indiana

| | |
|---|---|
| STATE OF INDIANA | ) IN THE LAKE SUPERIOR/CIRCUIT COURT |
| | ) SS: |
| COUNTY OF LAKE | ) CONTINUOUS TERM, 2025 |
| | ) |
| WILLIAM E. LOVING, | ) |
|     Plaintiff, | ) |
| | ) |
|     -vs- | ) CAUSE NO.: |
| | ) |
| MOHAMED H. ADAN and | ) |
| GNC TRUCK SERVICES LLC, | ) |
|     Defendants. | ) |

## PLAINTIFF'S COMPLAINT FOR DAMAGES

### FACTS COMMON TO ALL COUNTS

Comes now Plaintiff, WILLIAM E. LOVING, by and through counsel KATHERINE S. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C. and for his cause of action against the Defendants, MOHAMED H. ADAN and GNC TRUCK SERVICES LLC, alleges and states as follows:

1. That the incident herein complained of occurred within the boundaries of the City of Lake Station, County of Lake, and State of Indiana.

2. That at all times relevant herein, Plaintiff, WILLIAM E. LOVING, was an individual who is a legal resident of Lake County, Indiana.

3. That upon information and belief, Defendant, MOHAMED H. ADAN, was an individual and resident of the State of Ohio.

4. That upon information and belief, Defendant, GNC TRUCK SERVCES LLC, was a for-profit business entity engaged in the business of interstate trucking and freight, with its principal place of business located in Groveport, Ohio.

5. That on or about January 19, 2024, at approximately 3:50 a.m., Plaintiff, WILLIAM E. LOVING, was operating a motor vehicle traveling northbound on I65 near mile marker

1

259.

6. That on said date and time, Defendant, MOHAMED H. ADAN, was operating a semi-trailer truck traveling northbound on I65 near mile marker 259.

7. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, owned the semi-trailer truck being operated by MOHAMED H. ADAN.

8. That on said date and time, Defendant, MOHAMED H. ADAN, was an agent/or employee of GNC TRUCK SERVICES LLC.

9. That on said date and time, Defendant, MOHAMED H. ADAN, lost control of his semi-trailer truck causing a violent collision with the Plaintiff, WILLIAM E. LOVING.

10. That on said date and time, the semi-trailer truck being operated by the Defendant, WILLIAM E. LOVING, displayed USDOT No. 02441710.

11. That on said date and time, Defendant, MOHAMED H. ADAN, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

12. That on said date and time, Defendant, MOHAMED H. ADAN, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations.

13. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, owned the semi-trailer truck displaying US DOT No. 02441710.

14. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

15. That on said date and time, Defendant, GNC TRUCK SERVICES LLC, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by

2

reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations.

16. That the Defendant, MOHAMED H. ADAN, owed the general public, including the Plaintiff, a duty to use reasonable care in the operation of the semi-trailer truck on the roadway, and said duty was breached.

17. That the Defendant, GNC TRUCK SERVICES LLC, owed the general public, including the Plaintiff, a duty to use reasonable care in the operation of the semi-trailer truck on the roadway, and said duty was breached.

18. As a direct and proximate result of the actions of the Defendants, MOHAMED H. ADAN and GNC TRUCKING SERVICE LLC, Plaintiff, WILLIAM E. LOVING, sustained personal, physical, and psychological injuries; incurred or may incur in the future; hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, potential permanent impairment; including lost wages; and potential impairment of the ability to earn wages in the future; lost time; and he incurred other injuries and damages of a personal and pecuniary nature; some or all of which are permanent in nature.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

3

## COUNT I – NEGLIGENCE

Comes now the Plaintiff, WILLIAM E. LOVING, by and through counsel KATHERINE S. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C. and for his cause of action against the Defendant, MOHAMED H. ADAN, alleges and states as follows:

19. Plaintiff, WILLIAM E. LOVING, re-alleges paragraphs 1-18 of Plaintiff's Complaint for Damages and incorporates them herein.

20. That the Defendant, MOHAMED H. ADAN, was careless, reckless, and negligent in the operation of his semi-trailer truck in one or more of the following ways:

    a. Failing to operate his semi-trailer truck in a safe and reasonable manner;

    b. Failing to take evasive maneuvers in order to avoid a collision;

    c. Operated his semi-trailer truck aggressively and without regard for the health and safety of others upon the roadways;

    d. Failing to maintain proper speed given the immediate circumstances;

    e. Making unsafe lane movements; and

    f. Failing to maintain proper control of his semi-trailer truck resulting in bodily injury.

21. That the direct and proximate cause of the injuries and damages incurred by the Plaintiff, was the carelessness and negligence of the Defendant, WILLIAM E. LOVING.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

SARKISIAN, SARKISIAN & ASSOC., P.C.

*/s/ Katherine S. Sarkisian*

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road

4

> Portage, Indiana 46368
> Katie@SarkLawFirm.com
> PH: 219-762-7718
> Fax: 219-763-4650
> Attorney for Plaintiff

**COUNT II – RESPONDEAT SUPERIOR**

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count II of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

22. Plaintiff, WILLIAM E. LOVING, re-alleges paragraphs 1-21 of Plaintiff's Complaint for Damages and incorporates them herein.

23. That at all times relevant herein, Defendant, MOHAMED H. ADAN, who negligently, recklessly, and/or carelessly operated the semi-trailer truck, was an employee and/or agent of GNC TRUCK SERVICES LLC.

24. That at all times relevant, the Defendant, MOHAMED A. ADAN, acted within the course and scope of his employment and/or agency with GNC TRUCK SERVICES LLC.

25. That at all times relevant herein, the Defendant, GNC TRUCK SERVICES LLC, was the registered owner/operator, lessors, lessees, or otherwise of the motor vehicle being operated by the Defendant, MOHAMED H. ADAN, who was its employee and/or agent under its direct control and supervision.

26. That GNC TRUCK SERVICES LLC is vicariously liable for the negligence, recklessness, and/or carelessness of its employee and/or agent MOHAMED H. ADAN.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

          Respectfully submitted,

          **SARKISIAN, SARKISIAN & ASSOC., P.C.**

          */s/ Katherine S. Sarkisian*

          KATHERINE S. SARKISIAN (32137-64)
          3645 Willowcreek Road
          Portage, Indiana 46368
          Katie@SarkLawFirm.com
          PH: 219-762-7718
          Fax: 219-763-4650
          Attorney for Plaintiff

## **COUNT III - NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION**

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count III of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

27. Plaintiff re-alleges paragraphs 1-26 of Plaintiff's Complaint for Damages and incorporates them herein.

28. That GNC TRUCK SERVICES LLC owed the general public, including the Plaintiff, a duty to determine the qualifications of its employees and agents including, but not limited to:

  a. Adequately evaluating applicants before hiring them as drivers;

  b. Adequately training and supervising these drivers; and

  c. Adequately evaluating these employees' job performance to discharge any incompetent or negligent employee before he injured the public or property.

29. That the Defendants had a reckless disregard of the probability of injury to the Plaintiff and that was known to the Defendant at the time; or the Defendants failed to act and had knowledge of the probability of injury and had the opportunity to avoid that risk.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3645 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

## COUNT IV. NEGLIGENT ENTRUSTMENT

Comes now the Plaintiff, WILLIAM E. LOVING, by counsel, KATHERINE S. SARISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for Count IV of his cause of action against the Defendant, GNC TRUCK SERVICES LLC, alleges and states as follows:

30. That the Plaintiff, WILLIAM E. LOVING, re-alleges the allegations contained in Paragraphs 1 through 29 above, and incorporates them herein.

31. That on the date in question, the Defendant, GNC TRUCK SERVICES LLC, entrusted its motor vehicle to the Defendant, MOHAMED H. ADAN.

32. That the Defendant, GNC TRUCK SERVICES LLC, knew or should have known at the time of its entrustment that MOHAMED H. ADAN was unfit to safely operate the motor vehicle and/or had dangerous propensities to operate the motor vehicle in an unsafe and unreasonable manner.

33. That the Defendant, GNC TRUCK SERVICES LLC, owed a duty to the Plaintiff, and said

7

duty was breached as a result of its negligent entrustment of its motor vehicle to MOHAMED H. ADAN.

WHEREFORE, Plaintiff, WILLIAM E. LOVING, prays for judgment against the Defendant in a just and proper amount, for the cost of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

**MOTION FOR TRIAL BY JURY**

Plaintiff, through counsel, requests a trial by jury on all counts.

Respectfully submitted,

**SARKISIAN, SARKISIAN & ASSOC., P.C.**

KATHERINE S. SARKISIAN (32137-64)
3646 Willowcreek Road
Portage, Indiana 46368
Katie@SarkLawFirm.com
PH: 219-762-7718
Fax: 219-763-4650
Attorney for Plaintiff

8